# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**William Paul Bennett**
        Plaintiff(s)

vs.                             CASE NUMBER: 6:22-cv-337 (DNH/ML)

**New York State Thruway Authority, et al**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   DECISION and ORDER granting 32 Motion to Dismiss for Failure to State a Claim. ORDERED that 1. Defendants motion to dismiss (Dkt. No. 32) is GRANTED; 2. Plaintiffs amended complaint is DISMISSED without leave to amend; 3. Plaintiffs federal-law claims are DISMISSED with prejudice; and 4. Plaintiffs state-law claims are DISMISSED without prejudice.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated March 11, 2024.

DATED: March 11, 2024

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk